# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHARLES HORTON AND**
**CATHY HORTON**                                                                             **PLAINTIFFS**

**v.**                                          **2:21-cv-00149 JM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                        **DEFENDANT**

## ORDER

The parties have filed a joint motion to remand. (Docket # 8). For good cause shown, the motion is GRANTED. This case is remanded to the Crittenden County, Arkansas, Circuit Court, forthwith.

IT IS SO ORDERED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE